UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: Salvatore Minacapilli   Chapter 13 # 11-21796 - FJB

## MOTION OF CHAPTER 13 TRUSTEE TO DISMISS

Now comes Carolyn Bankowski, Chapter 13 Trustee, and files this Motion to Dismiss the above-referenced case and as grounds therefor, states as follows:

( ) 1. Debtor has failed to make the first plan payment as required by 11 U.S.C. §1326(a)(1).

(✓) 2. Debtor has failed to provide the following documents:

( ) INSURANCE BINDER
( ) EVIDENCE OF CURRENT INCOME
( ) MOST RECENT TAX RETURN
( ) EVIDENCE OF PROPERTY VALUE
( ) RECORDED HOMESTEAD / DEED
( ) 60 DAYS OF PAY ADVICES

(✓) AMENDED SCHEDULES  SOFA - current one is blank
(✓) OTHER  Valuation for dry cleaning business; 2010
( )  tax return for Mincorp, Inc.

( ) 3. Debtor has failed to provide business documents pursuant to MLBR Appendix 1: 13-2(a)(2) as follows: _____

( ) 4. OTHER: _____

Notice is hereby given that any responses and/or objections to this motion are to be filed within **twenty-one (21) days of the date this motion is filed with the Court**. If no timely objections/responses are filed, the Court may act upon this motion without further notice or hearing as provided by 11 U.S.C. §102(1)(B).

**WHEREFORE**, the Trustee respectfully requests this Court to enter an Order dismissing this case.

Respectfully submitted,

*/s/ Pat Dion/*
Carolyn A. Bankowski, BBO#631056
Patricia A. Remer, BBO#639594
P.O. Box 8250
Boston, MA 02114-0033
(617) 723-1313
13trustee@ch13boston.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have served a copy of the foregoing delivered by hand to the above referenced debtor(s) and to Debtor's counsel  Matthew Desrochers
Dated  2/2/12

*/s/ Pat Dion/*
Carolyn A. Bankowski
Patricia A. Remer